UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

KRISTY RELLA,

                            Plaintiff,                      **ORDER**

        -against-                                  16-cv-916 (AEK)

WESTCHESTER BMW, INC. et al.,

                            Defendants.
------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      This matter is scheduled for a jury trial in the Southern District of New York before Magistrate Judge Andrew E. Krause, starting on Tuesday, July 5, 2022.  The trial will take place at the Hon. Charles L. Brieant Jr. Federal Building and Courthouse, 300 Quarropas Street, White Plains, NY 10601, and is expected to take up to two weeks.

      To the extent that trial scheduling is still subject to the Court's COVID-19 scheduling protocols in July 2022, the Court will submit this case for trial beginning the week of July 5, 2022.  In that event, the start date of the trial will be confirmed as promptly as possible, but only after the Clerk of the Court has assessed all courtroom needs for the weeks in question.  Because the potential application of the COVID-19 scheduling protocols may result in a trial start date later in the week of July 5, 2022, the parties are expected to keep the week of July 18, 2022 available for trial in this matter as well.

Dated:  November 12, 2021
           White Plains, New York

                                                                  **SO ORDERED.**

                                                                   ANDREW E. KRAUSE
                                                                   United States Magistrate Judge